# EXHIBIT 1

STATE OF SOUTH DAKOTA   )
                          : SS
COUNTY OF PENNINGTON   )

IN CIRCUIT COURT

SEVENTH JUDICIAL CIRCUIT

|  |  |  |
|---|---|---|
| DAVID C. SANFORD, | ) | 51CIV21- |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **S U M M O N S** |
| | ) | |
| SILVERSCRIPT INSURANCE | ) | |
| COMPANY, a Tennessee corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## THE STATE OF SOUTH DAKOTA TO THE ABOVE-NAMED DEFENDANT:

You are hereby summoned and required to answer the Complaint of the Plaintiff in the above-entitled action, which is herewith served upon you and will be filed in the office of the Clerk of the above entitled Court in the City of Rapid City, County of Pennington, State of South Dakota, and to serve a copy of your Answer to the said Complaint on the subscribers at their office, whose address is 200 E. 10th Street, Sioux Falls, South Dakota 57104, within thirty (30) days after the service of this Summons upon you, exclusive of the day of service; and in case of your failure to answer the said Complaint within that time, judgment by default may be rendered against you as requested in the Complaint.

Dated: September 10, 2021

CADWELL SANFORD DEIBERT
& GARRY LLP

By   _____

Steven W. Sanford
200 E. 10th Street, Suite 200
Sioux Falls, South Dakota 57104
(605) 336-0828
E-mail: *ssanford@cadlaw.com*
***Attorneys for Plaintiff***



| STATE OF SOUTH DAKOTA | ) | IN CIRCUIT COURT |
|---|---|---|
| | : SS | |
| COUNTY OF PENNINGTON | ) | SEVENTH JUDICIAL CIRCUIT |

| DAVID C. SANFORD, | ) | 51CIV21- |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C O M P L A I N T |
| | ) | |
| SILVERSCRIPT INSURANCE | ) | |
| COMPANY, a Tennessee corporation, | ) | |
| | ) | |
| Defendant. | ) | |

For his Complaint against Defendant ("SilverScript"), Plaintiff ("David") states and alleges as follows:

## I.

David is a resident of Rapid City, Pennington County, South Dakota.

## II.

SilverScript is a Tennessee corporation with its headquarters and principal place of business at 1021 Reams Fleming Blvd., Franklin, Tennessee 37064-1844.

## III.

SilverScript is an insurer, offering among other coverages, Part D Medicare prescription drug coverage.

## IV.

David is and has been for many years an insured of SilverScript for Part D Medicare prescription drug coverage.

1

V.

Through an automatic bill-paying system, David has faithfully paid every month's premium to SilverScript.

VI.

SilverScript has received, retained and benefitted from every monthly premium paid by David.

VII.

SilverScript has sent David a letter notice cancelling its Medicare Part D coverage alleging supposed nonpayment of premium.  A true copy of the notice is attached hereto as Exhibit A.

VIII.

Such cancellation is a failure and refusal to pay Medicare Part D prescription drug coverage benefits from and after August 31, 2021.

IX.

The allegation of David's supposed failure to pay premiums is inaccurate and false.

X.

Despite David's contact with SilverScript, explanation and request for reinstatement, SilverScript has refused.

XI.

The conduct of SilverScript above-described is in bad faith, vexatious and without reasonable cause.

2

## XII.

David is totally disabled with an artificial limb, unemployed and subject to constant severe pain without the expensive prescription medication covered by SilverScript, but now effectively denied him.

## XIII.

In addition to actual damages, David is entitled to recover punitive damages and attorneys' fees.

WHEREFORE, David prays for judgment against SilverScript as follows:

1.    For all prescription drug costs incurred by David and unpaid by SilverScript and other compensatory damages in amounts to be determined by the trier of fact.

2.    For punitive damages in an amount to be determined by the trier of fact.

3.    For attorneys' fees and expenses pursuant to SDCL 58-12-3.

4.    For such other and further relief as the Court deems appropriate in the circumstances.

PLAINTIFF DEMANDS TRIAL BY JURY ON ALL ISSUES SO TRIABLE.

CADWELL SANFORD DEIBERT
& GARRY LLP

Dated:  September 10, 2021

By _____
Steven W. Sanford
200 E. 10th Street, Suite 200
Sioux Falls, South Dakota 57104
(605) 336-0828
E-mail: *ssanford@cadlaw.com*
***Attorneys for Plaintiff***

3

09-10-'21 10:44 FROM- Scovel                    6057218928            T-444  P0001/0002 F-326



P.O. Box 30004, Pittsburgh, PA 15222-0330

T8 P1 1787 (270) 093351257861


DAVID C SANFORD
2026 RED DALE DR
RAPID CITY, SD 57702-3139

Member ID: G6Z081170
Reference ID: DUN2

August 31, 2021



Dear DAVID C SANFORD:

On 07/15/2021, we mailed you a letter stating that your plan premium was overdue. The letter said that if you didn't pay your premium, we would disenroll you from SilverScript Choice (PDP). Since we didn't get that payment, we have asked Medicare to disenroll you. Your disenrollment from SilverScript Choice (PDP) will be effective 09/01/2021. After 08/31/2021, SilverScript Choice (PDP) won't cover your prescription drugs.

**This letter only applies to your SilverScript Choice (PDP) benefits. Your other Medicare benefits aren't affected by your disenrollment from SilverScript Choice (PDP).**

**What if I think there's been a mistake?**
If you think that we have made a mistake, please call us at 1-866-824-4055, 24 hours a day, 7 days a week. TTY users should call 711. You also have the right to ask us to reconsider your disenrollment through the grievance procedure written in your Evidence of Coverage.

**I had an emergency that kept me from sending my payment. What can I do?**
You can ask us to review this decision if you had an emergency or unexpected situation that kept you from paying your premiums on time. If we approve your request, you will have to pay all owed premium amounts within three (3) months of your disenrollment in order to get your coverage back. To ask us to review this decision, please call us at 1-866-824-4055, 24 hours a day, 7 days a week. TTY users should call 711. You must make your request no later than 10/30/2021.

**When can I get Part D coverage?**
Medicare limits when you can make changes to your coverage. From **October 15 through December 7 each year**, you can enroll in a new Medicare Prescription Drug Plan or Medicare Health Plan for the following year. You may not enroll in a new plan during other times of the year unless you meet certain special exceptions, such as you move out of SilverScript Choice (PDP)'s service area, want to join a plan in your area with a 5-star rating, or you qualify for extra help with your prescription drug costs.

Y0080_NR_0007_23075_2020_C

**EXHIBIT A**

09-10-'21 10:44 FROM- Scovel                6057218928                T-444  P0002/0002 F-326

pay on average as much as Medicare), you may have to pay a Part D late enrollment penalty if you enroll in Medicare prescription drug coverage in the future.

**Can I get help paying my premiums and other out-of-pocket costs?**
People with limited incomes may qualify for extra help to pay for their prescription drug costs. If you qualify, Medicare could pay for 75% or more of drug costs including monthly prescription drug premiums, annual deductibles, and co-insurance. Additionally, those who qualify won't have a coverage gap or a Part D late enrollment penalty. Many people qualify for these savings and don't even know it. For more information about this extra help, contact your local Social Security office or call Social Security at 1-800-772-1213, from 7:00 AM to 7:00 PM, Monday to Friday. TTY users should call 1-800-325-0778. You can also apply for extra help online at www.ssa.gov/benefits/medicare/prescriptionhelp/.

**For more information:**
If you have any questions or if you have recently sent us a payment, please call SilverScript® Choice (PDP) at 1-866-824-4055 24 hours a day, 7 days a week. TTY users should call 711.

Thank you.

SilverScript® Insurance Company



SilverScript is a Prescription Drug Plan with a Medicare contract marketed through Aetna Medicare. Enrollment in SilverScript depends on contract renewal.