| STATE OF SOUTH DAKOTA | ) | IN CIRCUIT COURT |
|---|---|---|
| | : SS | |
| COUNTY OF PENNINGTON | ) | SEVENTH JUDICIAL CIRCUIT |

| DAVID C. SANFORD, | ) | 51CIV21- |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMONS |
| | ) | |
| SILVERSCRIPT INSURANCE | ) | |
| COMPANY, a Tennessee corporation, | ) | |
| | ) | |
| Defendant. | ) | |

THE STATE OF SOUTH DAKOTA TO THE ABOVE-NAMED DEFENDANT:

You are hereby summoned and required to answer the Complaint of the Plaintiff in the above-entitled action, which is herewith served upon you and will be filed in the office of the Clerk of the above entitled Court in the City of Rapid City, County of Pennington, State of South Dakota, and to serve a copy of your Answer to the said Complaint on the subscribers at their office, whose address is 200 E. 10th Street, Sioux Falls, South Dakota 57104, within thirty (30) days after the service of this Summons upon you, exclusive of the day of service; and in case of your failure to answer the said Complaint within that time, judgment by default may be rendered against you as requested in the Complaint.

Dated: September 10, 2021

CADWELL SANFORD DEIBERT
& GARRY LLP

By _____
Steven W. Sanford
200 E. 10th Street, Suite 200
Sioux Falls, South Dakota 57104
(605) 336-0828
E-mail: *ssanford@cadlaw.com*
***Attorneys for Plaintiff***