IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| DAVID C. SANFORD, | ) | |
| | ) | |
| Plaintiff, | ) | 5:21-cv-05069-KES |
| | ) | |
| v. | ) | |
| | ) | |
| SILVERSCRIPT INSURANCE | ) | **SIVLERSCRIPT'S CORPORATE** |
| COMPANY, a Tennessee corporation, | ) | **DISCLOSURE STATEMENT** |
| | ) | |
| Defendant. | ) | |
| | ) | |

This Corporate Disclosure Statement is filed on behalf of Defendant SilverScript Insurance Company ("SilverScript"), in compliance with the provisions of:

<u>X</u>     Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publically held corporation that owns 10% of more of its stock or states that there is no such corporation.

___     Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in district court must file a statement that identifies any parent corporation and any publically held corporation that owns 10% or more of its stock or states that there is no such corporation.

___     Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if any organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

___     No such corporation.

X      Party is a parent, subsidiary or other affiliate of a publically owned corporation as listed below.

- SilverScript is wholly owned by Part D Holding Company LLC (DE), which is wholly owned by Caremark RX, LLC (DE), which is wholly owned by CVS Pharmacy, Inc. (RI), which is wholly owned by CVS Health Corporation (DE).  CVS Health Corporation is a publicly-traded company.  Based on filings with the Securities and Exchange Commission, we are not aware of any publicly held company that owns 10% or more of the outstanding common stock of CVS Health.

\_\_      Publicly held corporation, not a party to the case, with a financial interest in the outcome.

\_\_      Other

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this 18th day of October, 2021.

Respectfully submitted,

*/s/ Christine M. Kroupa*
Christine M. Kroupa, Esq.
GORDON REES SCULLY MANSUKHANI, LLP
730 South Street, Suite 200
Rapid City, South Dakota 57701
Telephone: (303) 534-5160
ckroupa@grsm.com
*Attorneys for Defendant SilverScript*
*Insurance Company*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system which will send notification to all counsel of record, this 18th day of October, 2021.

Steven W. Sanford, Esq.
CADWELL SANFORD DEIBERT & GARRY LLP
200 E. 10th Street, Suite 200
Sioux Falls, South Dakota 57104
ssanford@cadlaw.com

*/s/ Christine M. Kroupa*
Christine M. Kroupa, Esq.
GORDON REES SCULLY MANSUKHANI, LLP
730 South Street, Suite 200
Rapid City, South Dakota 57701
Telephone: (303) 534-5160
ckroupa@grsm.com
*Attorneys for Defendant SilverScript*
*Insurance Company*