UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID C. SANFORD,<br><br>Plaintiff,<br><br>vs.<br><br>SILVERSCRIPT INSURANCE COMPANY, a Tennessee corporation,<br><br>Defendant. | 5:21-CV-05069-KES<br><br>ORDER DISMISSING COMPLAINT WITH PREJUDICE |

Plaintiff provided an updated status report indicating that the settlement agreement between the parties has now been fully performed and that this action "may be dismissed on its merits, with prejudice, but without costs to either party." Docket 15. The court construes plaintiff's updated status report as a motion to dismiss this action with prejudice against defendant, but without costs to either party under Rule 41 of the Federal Rules of Civil Procedure. Under Rule 41(a)(2), "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). Having considered the plaintiff's request, and good cause appearing, it is ORDERED that the above-entitled action is dismissed with prejudice, without costs to either party.

Dated September 22, 2022

BY THE COURT:

/s/ *Karen E. Schreier*

KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE