UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID C. SANFORD,<br><br>Plaintiff,<br><br>vs.<br><br>SILVERSCRIPT INSURANCE COMPANY, a Tennessee corporation,<br><br>Defendant. | 5:21-CV-05069-KES<br><br>JUDGMENT |

After construing plaintiff's updated status report (Docket 15), as a motion to dismiss this action with prejudice against defendant, but without costs to either party, it is

ORDERED, ADJUDGED, AND DECREED that the above-entitled action is dismissed with prejudice, without costs to either party.

Dated September 27, 2022

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE